IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK E. CLARK, Former
Husband,

Appellant,

v.

CHARLOTTE A. CLARK, Former
Wife,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4660

Opinion filed November 9, 2015.

An appeal from the Circuit Court for Walton County.
W. Howard LaPorte, Judge.

Rhonda S. Clyatt, Panama City, for Appellant.

James C. Campbell and Clark H. Henderson of Campbell & Henderson, PLLC, Shalimar, for Appellee.

PER CURIAM.

DISMISSED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.